UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 16-26101-BKC-RAM

IN RE:
SERGIO A. ALSINA
ALINA M. ALSINA,
           DEBTOR(S).
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

   Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

   1.  At the Confirmation Hearing held on November 14, 2017 the Debtor(s) agreed that the debtor(s) would become current with $5,356.00 by five o'clock in the afternoon.

   2.  As of November 30, 2017, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on October 10, 2017.

   3.  Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

   I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on November 30, 2017.

                              /s_____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402

COPIES FURNISHED TO:

Sergio A Alsina
Alina M. Alsina
816 Tangier Street
Coral Gables, FL 33134

Ricardo Corona, Esq (ECF)